IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tremper, William E | Case Number: 06 B 01606 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 2/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,369.90 |
| Trustee Fee: | | 130.10 |
| Other Funds: | | 0.00 |
| Totals: | 2,500.00 | 2,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,489.20 | 2,369.90 |
| 2. | Aurora Health Care | Unsecured | 32.74 | 0.00 |
| 3. | United Hospital System Inc | Unsecured | 409.90 | 0.00 |
| 4. | All Saints Medical Group | Unsecured | 513.25 | 0.00 |
| 5. | Key Bank USA National Association | Unsecured | 2,511.41 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 41.80 | 0.00 |
| 7. | Aurora Health Care | Unsecured | | No Claim Filed |
| 8. | ACC International | Unsecured | | No Claim Filed |
| 9. | CPR | Unsecured | | No Claim Filed |
| 10. | Cardiovascular Associates | Unsecured | | No Claim Filed |
| 11. | Cardiology Consultants | Unsecured | | No Claim Filed |
| 12. | Kenosha Emergency | Unsecured | | No Claim Filed |
| 13. | Time Warner Cable | Unsecured | | No Claim Filed |
| 14. | Edmond Blaszcyk | Unsecured | | No Claim Filed |
| 15. | Psychiatric Services | Unsecured | | No Claim Filed |
| 16. | Psychiatric And Psychotherpy Clinic | Unsecured | | No Claim Filed |
| 17. | West Asset Management | Unsecured | | No Claim Filed |
| 18. | WE Energies | Unsecured | | No Claim Filed |
| 19. | Account Recovery Service | Unsecured | | No Claim Filed |
| | | | $ 5,998.30 | $ 2,369.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tremper, William E | Case Number: 06 B 01606 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 2/22/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 30.00 |
| 4.8% | 28.80 |
| 5.4% | 64.80 |
| 6.5% | 6.50 |
| | $ 130.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

